AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Paez, Richard A. | 2. Court or Organization<br><br>U.S. Court of Appeals for the Ninth Circuit | 3. Date of Report<br><br>10/25/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>U.S. Court of Appeals<br>125 S. Grand Avenue, Ste. 300<br>Pasadena, CA 91105 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Western Justice Center, Pasadena, CA |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 10/25/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Monthly | California Judges Retirement System | $6,606.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Health Care Partners - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 10/25/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Kirkland & Ellis LLP | Pro bono legal representation | $48,844.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 10/25/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Fidelity Magellan | A | Dividend | J | T | | | | | |
| 2. Fidelity Cash Reserves (IRA) | A | Dividend | J | T | | | | | |
| 3. Fidelity Short Term Bond (IRA) | A | Dividend | J | T | | | | | |
| 4. Fidelity Govt Income (IRA) | A | Dividend | K | T | | | | | |
| 5. Fidelity CA Muni MM | A | Dividend | M | T | | | | | |
| 6. Health Care Partners Med Grp 401(K) Retiremt Plan Mod Risk | A | Dividend | K | T | | | | | |
| 7. Fidelity PAS (IRA)(Sp) See Note | D | Dividend | | | | | | | |
| 8. - Fidelity Cash Reserves | A | Dividend | J | T | Sold | 3/30/12 | J | A | |
| 9. - Fidelity Cap & Inc Fund | A | Dividend | J | T | Sold (part) | 03/15/12 | J | A | |
| 10. - Fidelity Total Bond | A | Dividend | K | T | Sold (part) | 05/25/12 | J | A | |
| 11. - Fidelity Total Bond | | | | | Sold (part) | 11/15/12 | J | A | |
| 12. - Pimco Total Return Adm Shs | A | Dividend | K | T | Sold (part) | 05/25/12 | J | A | |
| 13. - Pimco Total Return Adm Shs | | | | | Sold (part) | 09/06/12 | J | A | |
| 14. - Pimco Total Return Adm Shs | | | | | Sold (part) | 11/15/12 | J | A | |
| 15. - Pimco Short Term Adm Shs | A | Dividend | J | T | Sold (part) | 01/25/12 | J | A | |
| 16. - Pimco Short Term Adm Shs | | | | | Sold (part) | 05/25/12 | J | A | |
| 17. - Pimco Short Term Adm Shs | | | | | Sold (part) | 09/06/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 10/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - T. Rowe Price High Yield Advisor CL | A | Dividend | J | T | Sold | 03/15/12 | J | A | |
| 19. - Strategic Advisors Small-mid Cap Fund | A | Dividend | K | T | Sold (part) | 03/15/12 | J | A | |
| 20. - Strategic Advisors Val. Fund | A | Dividend | L | T | Sold (part) | 01/12/12 | J | A | |
| 21. - Strategic Advisors Val. Fund | | | | | Sold (part) | 03/15/12 | J | A | |
| 22. - Strategic Advisors Val. Fund | | | | | Buy (add'l) | 05/25/12 | J | | |
| 23. - Strategic Advisers Val Fund | | | | | Sold (part) | 09/06/12 | J | A | |
| 24. - Strategic Advisers Core Income Fund | A | Dividend | K | T | Buy (add'l) | 01/13/12 | J | | |
| 25. - Strategoc Advisers Core Income Fund | | | | | Buy (add'l) | 01/25/12 | J | | |
| 26. - Strategic Advisers Core Income Fund | | | | | Sold (part) | 03/15/12 | J | | |
| 27. - Strategic Advisers Core Income Fund | | | | | Sold (part) | 05/25/12 | J | A | |
| 28. - Strategic Advisers Income Fund | | | | | Buy (add'l) | 09/06/12 | J | | |
| 29. - Strategic Advisers Income Fund | | | | | Buy (add'l) | 11/25/12 | J | | |
| 30. - Strategic Advisers Income Fund | | | | | Buy (add'l) | 11/30/12 | J | | |
| 31. - Strategic Advisers Core Fund | B | Dividend | L | T | Sold (part) | 01/13/12 | J | A | |
| 32. - Strategic Advisers Core Fund | | | | | Sold | 03/15/12 | J | A | |
| 33. - Strategic Advisers Core Fund | | | | | Sold (part) | 09/06/12 | J | A | |
| 34. - Strategic Advisers Int'l Fund | C | Dividend | L | T | Sold (part) | 01/25/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 10/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Strategic Advisers Int'l Fund | | | | | Sold (part) | 03/15/12 | J | A | |
| 36. - Strategic Advisers Int'l Fund | | | | | Buy (add'l) | 05/25/12 | J | | |
| 37. - Strategic Advisers Int'l Fund | | | | | Sold (part) | 08/03/12 | J | A | |
| 38. - Strategic Advisers Int'l Fund | | | | | Sold (part) | 09/06/12 | J | A | |
| 39. - Strategic Advisers Int'l Fund | | | | | Sold (part) | 11/15/12 | J | A | |
| 40. - Strategi Advisers Int'l Fund | | | | | Sold (part) | 11/30/12 | J | A | |
| 41. - Strategic Advisers US Opportunities Fund | A | Dividend | K | T | Sold (part) | 03/15/12 | J | A | |
| 42. - Strategic Advisers US Opportunities Fund | | | | | Buy (add'l) | 05/25/12 | J | | |
| 43. - Strategic Advisers US Opportunities Fund | | | | | Buy (add'l) | 11/15/12 | J | | |
| 44. - Strategic Advisers Growth Fund | A | Dividend | K | T | Sold (part) | 01/13/12 | J | A | |
| 45. - Strategic Advisers Growth Fund | | | | | Sold (part) | 03/15/12 | J | A | |
| 46. - Strategic Advisers Growth Fund | | | | | Sold (part) | 11/30/12 | J | A | |
| 47. - Strategic Advisers Emerging Markets | A | Dividend | J | T | Sold (part) | 03/15/12 | J | A | |
| 48. - Strategic ADvisers Emerging Markets | | | | | Buy (add'l) | 05/25/12 | J | | |
| 49. - Fidelity Select Gold | A | Dividend | J | T | Buy (add'l) | 01/13/12 | J | | |
| 50. - Fidelity High Income | A | Dividend | J | T | Sold | 03/15/12 | J | A | |
| 51. - FIMM Market Port Inst CL | A | Dividend | K | T | Buy (add'l) | 01/13/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 10/25/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - FIMM Market Port Inst CL | | | | | Buy (add'l) | 01/17/12 | J | | |
| 53. - FIMM Market Port Inst CL | | | | | Sold (part) | 01/25/12 | J | A | |
| 54. - FIMM Market Port Inst CL | | | | | Sold (part) | 02/28/12 | J | A | |
| 55. - FIMM Market Port Inst CL | | | | | Buy (add'l) | 03/15/12 | J | | |
| 56. - FIMM Market Port Inst CL | | | | | Buy (add'l) | 05/25/12 | J | | |
| 57. - FIMM Market Port Inst CL | | | | | Sold (part) | 06/05/12 | J | A | |
| 58. - FIMM Market Port Inst CL | | | | | Buy (add'l) | 08/03/12 | J | | |
| 59. - FIMM Market Port Inst CL | | | | | Sold (part) | 08/21/12 | J | A | |
| 60. - FIMM Market Port Inst CL | | | | | Buy (add'l) | 09/06/12 | J | | |
| 61. - FIMM Market Port Inst CL | | | | | Buy (add'l) | 11/15/12 | J | | |
| 62. - FIMM Market Port Inst CL | | | | | Sold (part) | 12/04/12 | J | A | |
| 63. - Credit Suisse Commd Rtrn Strtgy | A | Dividend | J | T | Sold | 01/13/12 | J | A | |
| 64. - Merger Fund | A | Dividend | J | T | Sold | 01/13/12 | J | A | |
| 65. - Metropolitan West Low Duration | A | Dividend | J | T | Sold (part) | 01/25/12 | J | A | |
| 66. - Metropolitan West Low Duration | | | | | Sold (part) | 05/25/12 | J | A | |
| 67. - Metropolitan West Low Duration | | | | | Sold (part) | 08/03/12 | J | A | |
| 68. - Metopolitan West Low Duration | | | | | Sold (part) | 11/15/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 10/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | - Strategic Advisers Income Opportunities | A | Dividend | K | T | Buy (add'l) | 03/15/12 | J | | |
| 70. | - Strategic Advisers Income Opportunities | | | | | Buy (add'l) | 03/16/12 | J | | |
| 71. | - Strategic Advisers Income Opportunities | | | | | Sold (part) | 08/03/12 | J | A | |
| 72. | - Strategic Advisers Income Opportunties | | | | | Sold (part) | 11/15/12 | J | A | |
| 73. | - Templeton Global Bond Class A | A | Dividend | J | T | Sold (part) | 03/15/12 | J | A | |
| 74. | - Arden Alt Strategies Class 1 | A | Dividend | J | T | Buy | 11/30/12 | J | | |
| 75. | - Strategic Advisers Sht Duration Fund | A | Dividend | K | T | Buy | 01/25/12 | J | | |
| 76. | - Strategic Advisers Sht Duration Fund | A | Dividend | K | T | Buy (add'l) | 03/15/12 | J | | |
| 77. | - Strategic Advisers Sht Duration Fund | A | Dividend | K | T | Buy (add'l) | 08/03/12 | J | | |
| 78. | - Strategic Advisers Sht Duration Fund | A | Dividend | K | T | Buy (add'l) | 09/09/12 | J | | |
| 79. | - Strategic Advisers Sht Duration Fund | A | Dividend | K | T | Buy (add'l) | 11/15/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 10/25/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts (cont'd)

* Line 6 - [        ] Health Care Partners (401k) Retirement Plan is managed by Fidelity's Strategic Advisers, Inc.

* Line 7 - Fidelity Portfolio Advisory Services manages [        ] IRA.

* Line 34 - The correct name for Strategic Internal Fund is Strategic Advisers International Fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Richard A. Paez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544